```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/9/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

STEPHEN SISSELMAN,

                                  **Plaintiff,**                            22-CV-01252 (VEC)(SN)

      -against-                                               **ORDER**

FIRST RELIANCE STANDARD LIFE
INSURANCE COMPANY,

                                  **Defendant.**

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      On May 6, 2022, the Honorable Valerie E. Caproni assigned this matter to my docket for settlement. By May 16, 2022, the parties are directed to email Courtroom Deputy Rachel Slusher at Rachel_Slusher@nysd.uscourts.gov with three mutually convenient dates to schedule a settlement conference. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least four to six weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences.

**SO ORDERED.**

                                                                 _____
                                                                 SARAH NETBURN
                                                                United States Magistrate Judge

DATED:      May 9, 2022
                  New York, New York