# FIELDS LAW FIRM

MARK KLOTZBUECHER
ATTORNEY
DIRECT 612-206-3483
1-888-847-8517 EXT. 483
MARK@FIELDSLAW.COM

August 16, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  08/16/2022

**MEMO ENDORSED**

## NOTICE OF SETTLEMENT

Magistrate Judge Sarah Netburn
United States Courthouse
40 Foley Square
New York, NY  10007

RE:     *Stephen Sisselman v. First Reliance Standard Life Insurance Company*
        Court File No: 1:22-cv-01252-VEC

Dear Magistrate Judge Netburn:

   We represent Plaintiff Stephen Sisselman in this matter. Please be advised that this matter has settled, and the parties are in the process of exchanging settlement documents and the appropriate dismissal documents will be filed shortly.

Respectfully submitted,

FIELDS LAW OFFICE

*/s/ Mark Klotzbuecher*
Mark Klotzbuecher
612-206-3483
Mark@fieldslaw.com

cc: All Counsel (Via ECF)

IT IS HEREBY ORDERED THAT all previously scheduled conferences and other deadlines are CANCELLED.

IT IS FURTHER ORDERED that this case is DISMISSED with prejudice and without costs (including attorneys' fees) to either party.  The Clerk of Court is respectfully directed to terminate all open motions and to CLOSE the case.

Within **30 days** of this order, the parties may apply to reopen this case.  Any such application must show good cause for holding the case open in light of the parties' settlement and must be filed within **30 days**.  Any request filed after **30 days** or without a showing of good cause may be denied solely on that basis.  Additionally, if the parties wish for the Court to retain jurisdiction to enforce their settlement agreement, they must submit within the same **30-day** period:  (1) their settlement agreement to the Court in accordance with Rule 7.A of the Court's Individual Practices and (2) a request that the Court issue an order expressly retaining jurisdiction to enforce the settlement agreement.  *See Hendrickson v. United States*, 791 F.3d 354 (2d Cir. 2015).

SO ORDERED.

08/16/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE